# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159381

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* SUTTON

_____

T J SUTTON,
      Plaintiff-Appellant,

v

SC: 159381
COA: 345900

WAYNE CIRCUIT COURT,
      Defendant-Appellee.

_____/

      On order of the Chief Justice, Appellant having failed to submit a copy of the May 17, 2019 order and refile a copy of the pleadings as required by the June 4, 2019 order, the Clerk of the Court is hereby directed to close this file.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 5, 2019



izm

Clerk